# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **QUINTEZ TALLEY,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | |
| | : | |
| **C/O IONOTA,** *et al.*, | : | **NO. 18-11** |
| **Defendants.** | : | |

# ORDER

AND NOW, this 26th day of February, 2018, upon consideration of Mr. Talley's Petition brought pursuant to Rule 27 of the Federal Rules of Civil Procedure, it is ORDERED that:

1. The Petition is DENIED for the reasons set forth in the Court's Memorandum.

2. The Clerk of Court shall CLOSE this matter.

                                                    **BY THE COURT:**

                                                    **/s/ Lawrence F. Stengel**
                                                    **LAWRENCE F. STENGEL, C.J.**